Emanuel M. Klein, Respondent, v. Erick Leonard Lidvall and Others, Impleaded with William A. Hauff, Appellant.—Judgment and order affirmed, with costs. No opinion.

Marie U. Nordstrom, Appellant, v. The Sun Printing and Publishing Association, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Mark M. Nicholls, Respondent, v. Ruth A. Wallace, Appellant. (No. 3.)— Judgment and order reversed as against the weight of evidence, new trial ordered, costs to appellant to abide event. No opinion.

Mark M. Nicholls, Respondent, v. Ruth A. Wallace, Appellant. (No. 3.)— Order affirmed, without costs. No opinion.

Joseph A. Duffy, Appellant, v. Arthur L. Meyer, Respondent.— Judgment and order affirmed, with costs. No opinion. (Laughlin and Houghton, JJ., dissenting.)

Hugh E. O'Reilly, Appellant, v. Arthur L. Meyer, Respondent.— Judgment modified by striking out the words "upon the merits," and as modified affirmed, without costs. Order affirmed, without costs. No opinion.

Jeannette K. Hahn, Respondent, v. Conried Metropolitan Opera Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on 126 Appellate Division, 815; Houghton, J., concurring in the reversal on the ground that there was error in the admission of expert evidence. (Laughlin, J., dissenting.)

Katherine K. Wright, by Emma K. Docharty, Committee of Her Person and Property, Respondent, v. Charles J. Day and Oriental Bank, Appellants.— Judgment affirmed, with costs. No opinion.

In the Matter of Proving the Last Will and Testament of Sarah Gartland, Deceased, as a Will of Real and Personal Property. Julia Cosgrove, Appellant; Alexander V. Fraser, as Executor, etc., of Sarah Gartland, Deceased, and Others, Respondents.— Decree affirmed, with costs to respondents payable out of the estate. No opinion.

Anderson & Price Company, Respondent, v. The City of New York and William Bradley, Appellants.— Judgment affirmed, with costs. No opinion. (Ingraham, J., dissenting as to the city.)

Thomas Loughran, an Infant, by Richard J. Loughran, His Guardian ad Litem, Respondent, v. Jordan L. Mott Iron Works, Appellant.— Judgment and order reversed, and new trial ordered, with costs to appellant to abide event unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment, as so modified, and order affirmed, without costs. No opinion. (Laughlin, J., dissenting and voting for affirmance on his former opinion [122 App. Div. 600].) Settle order on notice.

Mary L. Smith, Respondent, v. Frederick A. Reed and Endoise Barnett, Appellants.— Judgment and order affirmed, with costs. No opinion.

Candee, Smith & Howland Company, Respondent, v. The City of New York, Impleaded with James D. Murphy Company and The Metropolitan Surety Com-